UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————

ANTHONY E. MORGAN
and REBECCA RYANE
MORGAN,

                Plaintiffs,                    Case No. 1:09cv646

v.                                        Hon. Robert J. Jonker

PETER A. WALLIN,
*Sheriff of Emmet County*;
BRENDA K. FORD, *Emmet
County Jail Administrator*;
DEPUTIES JOHN DOE I-III,
*jointly and severally*,

                Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 25, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 25, 2010, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that defendants' motion for judgment on the pleadings (docket no. 18) is **DENIED**.

                                    /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                              UNITED STATES DISTRICT JUDGE

DATED: July 21, 2010.